W. O. BRAY v. STATE.

No. A-1939.    Opinion Filed July 17, 1915.

Appeal from Superior Court, Custer County;

Hon. J. W. Lawter, Judge.

W. O. Bray was convicted of violating the prohibitory law, and appeals. Affirmed.

Geo. T. Webster and W. S. Mills, for plaintiff in error.

C. J. Davenport, Asst. Atty. Gen., for the State.

PER CURIAM. W. O. Bray was convicted at the January, 1913, term of the superior court of Custer county, on a charge of having unlawful possession of intoxicating liquor with intent to sell same, and his punishment fixed at imprisonment in the county jail for a period of sixty days and a fine of two hundred dollars.

A careful examination of the record discloses no sufficient reason for the reversal of this judgment. It is therefore affirmed.